KATE J. COLLINS, Respondent, *v.* ANDERSON FOWLER, Appellant.

*Collins* v. *Fowler*, 62 App. Div. 614, affirmed.
(Argued October 24, 1902; decided November 11, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 12, 1901, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Henry Wilson Bridges* for appellant.

*Howe & Hummel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.

_____

MARTIN WAGNER, Appellant, *v.* THE BUFFALO AND ROCHESTER TRANSIT COMPANY, Respondent.

*Wagner* v. *Buffalo & Rochester Transit Co.*, 59 App. Div. 419, affirmed.
(Argued October 27, 1902, decided November 11, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 28, 1901, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial.

*Heman W. Morris* for appellant.

*John D. Burns* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J.